# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

April 28, 2026

The Honorable Victoria Reznik
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Defendant's request for a one-week extension (until May 5, 2026) to finalize the bond obligation is GRANTED.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

4/28/2026

Re:    *United States v. Opeyemi Olujobi*
       26 MJ 1408

Dear Honorable Reznik,

I am writing to request a one-week extension for Mr. Olujobi to secure co-signers for his unsecured bond. As background, Mr. Olujobi was presented before the Honorable Andrew Krause on April 21, 2026. At that time, Mr. Olujobi was released with the understanding that two financially responsible individuals co-sign his bond by April 28, 2026 (today). *See* ECF # 8. Since then, one co-signer has been interviewed by the government. We anticipate that a second co-signer will be interviewed this week. Under these circumstances, I ask that the Court grant Mr. Olujobi a one-week extension to finalize the bond obligation.

I have communicated with AUSA Isabelle Lelogeais and AUSA Lelogeais does not oppose this request. Thank you for your consideration.

Sincerely,

//s

Sungso Lee
Assistant Federal Defender

cc:    AUSA Isabelle Lelogeais
       AUSA Reyhan Watson
       Pretrial Officer Shannon Finneran