# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2026

The Honorable Judith C. McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**SO ORDERED:**

*Judith C. McCarthy*
**U.S. MAGISTRATE JUDGE**
5-6-2026

Re:     *United States v. Opeyemi Olujobi*
        26 MJ 1408

Dear Honorable McCarthy,

I am writing to request a one-week extension for Mr. Olujobi to secure co-signers for his unsecured bond. This is our second request for an extension. As background, Mr. Olujobi was presented before the Honorable Andrew Krause on April 21, 2026. At that time, Mr. Olujobi was released with the understanding that two financially responsible individuals co-sign his bond by April 28, 2026. On April 28, 2026, the Honorable Victoria Reznik granted a one-week extension to secure two co-signers for his unsecured bond. Since then, one co-signer has been approved by the government. An additional individual provided documents and was interviewed by the government, but the government determined that the individual was not financially responsible and did not approve the individual as a co-signer. Under these circumstances, I ask that the Court grant Mr. Olujobi a one-week extension to finalize the bond obligation. I have communicated with AUSA Isabelle Lelogeais and AUSA Lelogeais does not oppose this request. Thank you for your consideration.

Sincerely,

//s

Sungso Lee
Assistant Federal Defender

cc:     AUSA Isabelle Lelogeais
        AUSA Reyhan Watson
        Pretrial Officer Shannon Finneran