**MEMO ENDORSED**

## *Law Offices of*
## *Daniel A. Hochheiser*
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 10, 2026

**Via ECF and KrauseNYSDChambers@nysd.uscourts.gov**
Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *USA v. Opeyemi Olujobi 26-mj-1408* (SDNY White Plains)

Your Honor:

My client Opeyemi Olujobi requests modification of his bond conditions and Order Setting Conditions of Release. Specifically, Olujobi requests modification of ECF document 8 (page 4 of 7) paragraph 7(f) which limits his travel to SDNY/EDNY. Olujobi requests modification of paragraph 7(f) to permit him to travel to the District of New Jersey for the purpose of attending two World Cup soccer games at MetLife Stadium in East Rutherford, New Jersey on Saturday, June 13, 2026 at 6pm and on Saturday, June 16, 2026 at 3pm. Each game is expected to last approximately two hours and 45 minutes. Olujobi would leave his home in Poughkeepsie approximately 2 ½ hours before each game and return home approximately 2 ½ hours after each game. He would travel by car. I have conferred, by email, with Pre-trial Services and the Government. Pre-trial Services has **no objection** to this request while the Government defers to Pre-trial Services.

Respectfully submitted,

*Daniel Hochheiser*

Daniel A. Hochheiser

**GRANTED.**

Mr. Olujobi is permitted to travel to the District of New Jersey to attend two World Cup soccer games at MetLife Stadium in East Rutherford, New Jersey on Saturday, June 13, 2026 at 6pm and on Saturday, June 16, 2026 at 3pm, including travel time to and from each game.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
6/10/26